905 P.2d 49

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Tamura v. Namuo | 17242 | 10/02/95 | Affirmed |
| State v. Dudoit | 18845 | 10/02/95 | Affirmed |
| State v. Lee | 18494 | 10/02/95 | Vacated and Remanded |
| State v. Souza | 18347 | 10/02/95 | Affirmed |
| State v. Stone | 18086 | 10/02/95 | Affirmed |
| State v. Chung | 17685 & 17586 | 10/02/95 | Vacated and Remanded |
| State v. Perry | 17655 | 10/04/95 | Affirmed |
| State v. Aki | 18354 | 10/06/95 | Affirmed |
| State v. Beem | 16970 | 10/10/95 | Affirmed |
| Perry v. Namuo | 17353 | 10/10/95 | Reversed |
| State v. Dedrick | 16371 | 10/13/95 | Affirmed |
| State v. Anderson | 18029 | 10/16/95 | Affirmed |